**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2020-cv-2032-RBJ

CARL ANDERSEN, JR.,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
TELLER COUNTY COLORADO,
VIDO DELCORE, in his official and individual capacities,
TODD ECKERT, in his official and individual capacities,
CARLOS SANDOVAL, in his official and individual capacities,
ANTHONY MATARAZZO, in his official and individual capacities,

    Defendants.

---

**DEFENDANTS TELLER COUNTY AND ANTHONY MATARAZZO'S
NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT**

---

    Defendants, **TELLER COUNTY COLORADO** and **ANTHONY MATARAZZO**, by their attorneys **ERIC M. ZIPORIN** and **COURTNEY B. KRAMER**, of the law firm of **SGR, LLC**, hereby submit the attached letter to the Court, pursuant to this Court's Practice Standards, as revised December 8, 2020, regarding their intent to file a motion for summary judgment under Fed.R.Civ.P.56.

    Undersigned counsel certifies that they have consulted with counsel for Plaintiff, as explained in the letter and required by the Practice Standards.

Respectfully submitted,

/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: eziporin@sgrllc.com

/s/ Courtney B. Kramer
*Courtney B. Kramer*
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: ckramer@sgrllc.com

*Attorneys for Defendants Teller County Colorado and Anthony Matarazzo*

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this 27th day of August, 2021, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS TELLER COUNTY COLORADO AND ANTHONY MATARAZZO'S NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

David A. Lane
Reid Allison
A. Tyrone Glover
Killmer, Lane & Newman, LLP
dlane@kln-law.com
rallison@kln-law.com
tglover@kln-law.com
*Attorney for Plaintiff*

Gordon L. Vaughan
Sara L. Cook
Vaughan & DeMmuro
gvaughan@vaughandemuro.com
scook@vaughandemuro.com
*Atorneys for City Officer Defendants*

Ryan D. Doherty, City Attorney
Office of the City Attorney, Colorado
ryan.doherty@coloradosprings.gov
*Counsel for Defendant City of Colorado Springs, Colorado*

                s/ Barbara A. Ortell
                Legal Secretary