IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02032-RBJ

CARL ANDERSEN JR.,

      Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
TELLER COUNTY COLORADO,
VITO DELCORE, in his official and individual capacities,
TODD ECKERT, in his official and individual capacities,
CARLOS SANDOVAL, in his official and individual capacities, and
ANTHONY MATARAZZO, in his official and individual capacities,

      Defendants.

_____

**JOINT MOTION TO UNSEAL CRIMINAL RECORDS**

_____

Plaintiff CARL ANDERSEN JR. and Defendants THE CITY OF COLORADO SPRINGS; TELLER COUNTY COLORADO; VITO DELCORE, TODD ECKERT, and CARLOS SANDOVAL ("City Officer Defendants"), and ANTHONY MATARAZZO, by and through their respective undersigned counsel, respectfully request the Court enter an order directing the unsealing of Plaintiff's criminal file in El Paso County Court Case No. 19M2525, *The People of the State of Colorado v. Carl Andersen, Jr.*  As grounds therefor, the parties state as follows:

      1.    <u>Conferral</u>: All counsel have conferred and agree as indicated by signature

below.

2.      Plaintiff was charged with Resisting Arrest pursuant to C.R.S. §18-8-103(1)(a), a Class II misdemeanor, following his contact with police that is the subject of this litigation.

3.      Following the dismissal of this action, Plaintiff petitioned the Court for the sealing of the criminal matter and the Court ordered that the matter be sealed.

4.      The parties have agreed that the information contained in the sealed criminal file including, but not limited to, the District Attorney discovery file, is relevant to the claims and defenses of the parties and should be unsealed for the purposes of this litigation only.

5.      A protective order was issued in this case on December 1, 2020 [ECF 36] which established the authority of the Court over confidential materials and outlined the responsibilities assumed by each party regarding the protection confidential information.

6.      The parties agree that the contents of the criminal file, if unsealed, will be governed by the controlling protective order and all procedures and requirements outlined in that order will be followed.

7.      No parties are prejudiced by the unsealing of the criminal records within the guidelines established by the protective order.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court order the El Paso County Court to unseal the records in Case No. 19M2525. *The People of the State of Colorado v. Carl Andersen, Jr.* for the purposes of this

litigation only and to be controlled by the Protective Order issued previously by this

Court.

Respectfully submitted,


Date:  September 1, 2021        s/ David A. Lane                              
                                David A. Lane
                                Reid Allison
                                      KILLMER, LANE & NEWMAN, LLP
                                      1543 Champa Street, Suite 400
                                      Denver, Colorado 80202
                                      (303) 571-1000 (phone)
                                      dlane@kln-law.com
                                      rallison@kln-law.com
                                ATTORNEYS FOR PLANITIFF


                                s/ A. Tyrone Glover                          
                                A.     Tyrone Glover
                                      STIMSON STANCIL LABRANCE
                                      HUBBARD, LLC
                                      1652 Downing Street
                                      Denver, CO 80128
                                      (720) 689-8909 (phone)
                                      glover@sslhlaw.com
                                ATTORNEY FOR PLAINTIFF


                                OFFICE OF THE CITY ATTORNEY,
                                CITY OF COLORADO SPRINGS,
                                COLORADO
                                Wynetta P. Massey, City Attorney


                                s/ Ryan D. Doherty                           
                                Ryan D. Doherty
                                      30 S. Nevada Ave., Suite 501
                                      Colorado Springs, Colorado 80903
                                      (719) 385-5909 (phone)

(719) 385-5535 (fax)
ryan.doherty@coloradosprings.gov
ATTORNEY FOR DEFENDANT CITY OF
COLORADO SPRINGS


s/ Eric M. Ziporin
Eric M. Ziporin
Courtney B. Kramer
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
(303) 320-0509 (phone)
(303) 320-0210 (fax)
eziporin@sgrllc.com
ckramer@sgrllc.com
ATTORNEYS FOR DEFENDANTS TELLER
COUNTY, COLORADO, AND ANTHONY
MATARAZZO


s/ Gordon L. Vaughan
Gordon L. Vaughan
Sara L. Cook
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
gvaughan@vaughandemuro.com
ATTORNEYS   FOR   CITY   OFFICER
DEFENDANTS


**CERTIFICATION OF COMPLIANCE WITH D.C.COLO.L.CivR 6.1(c)**

Counsel  hereby  certify  that,  pursuant  to  D.C.COLO.L.CivR  6.1(c),  they  have

served upon their respective clients a copy of the foregoing motion

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**David A. Lane**
dlane@kln-law.com

**Reid Allison**
rallison@kln-law.com

**A. Tyrone Glover Jr.**
glover@sslhlaw.com

**Eric Ziporin**
eziporin@sgrllc.com

**Courtney Kramer**
ckramer@sgrllc.com

**Ryan Doherty**
ryan.doherty@coloradosprings.gov

**Sara L. Cook**
scook@vaughandemuro.com


s/  Gordon L. Vaughan