IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02032-RBJ

CARL ANDERSEN JR.,

   Plaintiff,

v.

THE CITY of COLORADO SPRINGS,
TELLER COUNTY COLORADAO,
VITO DELCORE, in his official and individual capacities,
TODD ECKERT, in his official and individual capacities,
CARLOS SANDOVAL, in his official and individual capacities,
ANTHONY MATARAZZO, in his official and individual capacities,

   Defendants.

---

**PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND DISCOVERY TO COMPLETE DEPOSITIONS**

---

  Plaintiffs, by and through their attorneys David A. Lane, Reid Allison, and Tyrone Glover of KILLMER, LANE & NEWMAN, LLP, respectfully request that the Court enter an order modifying the scheduling order to extend discovery for the purposes of completing depositions, and as grounds therefore, states:

### CERTIFICATION PURSUANT TO D.C.COLO. L.CivR. 7.1

  Counsel for Plaintiff conferred with Sara Cook counsel for the Colorado Springs Officer Defendants, Eric Ziporin, counsel for the Teller County Defendants, and Ryan Doherty, counsel for Colorado Springs all indicated that their clients do not oppose the extension with respect to Sgt. Sandoval's deposition. Plaintiff and counsel for Colorado Springs are still conferring regarding the 30(b)(6) Deposition topics and will likely be contacting the Court regarding the

same.

## CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 6.1(c)

Counsel for Plaintiffs certifies that a copy of this Motion will be served contemporaneously on Plaintiff upon the filing of this Motion.

## MOTION

1. Pursuant to this Court's Scheduling Order entered on November 10, 2020, the deadline for Plaintiffs to disclose rebuttal experts is June 11, 2021 [Doc. 30]

2. On August 26, 2021the parties jointly requested this Court to modify the scheduling order to extend discovery to complete depositions and for an extension on dispositive motions [Doc. 56].

3. This Honorable Court Granted the parties motion on September 2, 2021 [Doc. 61].

4. The current discovery cut off is September 27, 2021.

5. The parties had scheduled the deposition of Sgt. Sandoval for September 27 beginning at 10:00 a.m.; however, Sgt. Sandoval found out the morning of the deposition that he was required to testify in a homicide case at the same time. The parties have tentatively reset the deposition for the morning of October 1, 2021.

6. Additionally, Plaintiffs sent an email with topics for a 30(b)(6) Deposition to counsel for the City of Colorado Springs on August 25, 2021 and the parties have tentatively agreed to take that deposition on September 30, 2021; however, Plaintiff's counsel and counsel for Colorado Springs are still conferring regarding the topics.

7. For the reasons stated above Plaintiffs respectfully request discovery be extended to allow for these depositions to rescheduled to a mutually agreeable date and to be completed.

      8.      Good cause exists for the requested extension and no Party will be prejudiced by this relief.

      9.      This is the second request to extend the discovery deadline.

## CONCLUSION

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to Modify the Scheduling Order to extend the discovery cut off to complete depositions.

Respectfully submitted this 27th day of September, 2021.

**KILLMER, LANE & NEWMAN, LLP**

*s/ David A. Lane*
David Lane
Reid Allison
Tyrone Glover
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dlane@kln-law.com
rallison@kln-law.com
tglover@kln-law.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of September, 2021 I filed a true and correct copy of the foregoing via CM/ECF which will generate emailed notice to the following:

Eric Ziporin
Courtney Kramer
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Ste 700
Denver, CO 80210
303-320-0509
eziporin@sgrllc.com
ckramer@sgrllc.com
*Attorneys for Teller County Defendants*

Ryan Doherty
Office of the City Attorney
30 S. Nevada St. Ste 501

Colorado Springs, CO 80903
719-385-5909
Ryan.doherty@coloradosprings.gov
*Attorney for Colorado Springs*

Gordon Vaughan
Sara Cook
Vaughan & DeMuro
111 S. Tejon St., Ste 545
Colorado Springs, CO 80903
709-578-5500
gvaughan@vaughandemuro.com
scook@vaughandemuro.com
*Attorney for CO Springs Officer Defendants*

                                                *s/ Jamie Akard*
                                                Jamie Akard, Paralegal