IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Case No. 1:20-CV-3026-RBJ

LAND TITLE GUARANTEE COMPANY,

    Plaintiff,

v.

RYAN MICHAEL FLOYD,
CHRISTINE MICHELLE FLOYD, and
UNITED STATES OF AMERICA, by and through the
    INTERNAL REVENUE SERVICE,

    Defendants.

---

### ORDER GRANTING JOINT MOTION FOR DEFAULT JUDGMENT

---

Upon consideration of the parties' Joint Motion for Default Judgment Against Ryan Floyd, ECF No. 53, the motion is hereby GRANTED.  The Clerk of Court is DIRECTED to enter judgment in favor of the United States and Defendant Christine Floyd and against Defendant Ryan Floyd that:

- Any interest Ryan Floyd could claim in the interpleaded funds is inferior to the interests of both the United States and Christine Floyd, and

- Any such interest is terminated.

DATED this 8th day of April, 2022.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge