IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No. 1:20-cv-02032-RBJ

CARL ANDERSEN JR.,

    Plaintiff,

v.

THE CITY of COLORADO SPRINGS,
TELLER COUNTY COLORADAO,
VITO DELCORE, in his official and individual capacities,
TODD ECKERT, in his official and individual capacities,
CARLOS SANDOVAL, in his official and individual capacities,
ANTHONY MATARAZZO, in his official and individual capacities,

    Defendants.

---

AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter is set for a **four-day Jury Trial** to commence on **July 18, 2022 at 9:00 a.m.** on the docket of Judge R. Brooke Jackson U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado.

    A Telephonic Trial Preparation Conference is set for **June 10, 2022 at 1:30 p.m.** Lead Counsel should attend. The Court directs that the parties use dial-in number 1-888-204-5984 and enter access code 7557338# when prompted.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. The parties are directed to confer prior to the Trial Preparation Conference to reach agreement on as many, if not all, of the proposed jury instructions. The proposed stipulated and disputed jury instructions

should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference. Please submit a single integrated proposed set of instructions. They should be numbered and grouped with the same-subject disputed instructions together and indicate on each individual instruction if they are plaintiff's or defendant's proposal. Stipulated instructions should be individually labeled as such.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 8th day of April, 2022.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge