IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 1:20-cv-02032-RBJ

CARL ANDERSEN, JR.

    Plaintiff,

v.

VITO DELCORE, in his individual capacity and official capacity,

    Defendant.

## FINAL JUDGMENT

Pursuant to the order of the United States Court of Appeals for the Tenth Circuit issued on August 18, 2023 and its mandate issued on September 11, 2023, the Court enters this Final Judgment in favor of the defendant, Vito DelCore, and against the plaintiff, Carl Anderson, Jr. This case is dismissed with prejudice.  As the prevailing party, Officer DelCore is awarded costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED this 19th day of September, 2023.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge